IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS,<br>an individual,<br><br>    Plaintiff,<br>v.<br><br>WESTHEIMER SUNSHINE, LTD.,<br>a Texas Limited Partnership,<br><br>    Defendant.<br>_____ | Case No.:   4:21-cv-3986 |

## NOTICE OF SETTLEMENT

Plaintiff, WAYNE THOMAS, files this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. In light of the above Settlement, Plaintiff respectfully requests the Court cancel the upcoming Initial Conference, currently scheduled for February 25, 2022 at 10:30AM, and any related deadlines. Plaintiff anticipates filing a Notice of Voluntary Dismissal with Prejudice within fourteen (14) days.

Dated: February 14, 2022

                          Respectfully Submitted,

                          By:   */s/ Brian T. Ku*   .
                                 Brian T. Ku
                                 Attorney-in-charge
                                 S.D. TX No. 3424380
                                 Ku & Mussman, P.A.

        18501 Pines Boulevard, Suite 209-A
        Pembroke Pines, FL 33029
        Tel: (305) 891-1322
        Fax: (954) 686-3976
        Brian@kumussman.com

        and
        John K. Grubb
        Local Counsel
        State Bar No. 08553500
        John K. Grubb & Associates
        2520 Robinhood St., # 500
        Houston, Texas 77005
        Tel: (713) 702-1808
        jgrubb@grubblegal.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of February 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and sent a copy via electronic mail to the following:

Mark J. Levine
Hamed Moradi
Weyser, Kaplan, Pulaski & Zuber, P.C.
mlevine@wkpz.com
hmoradi@wkpz.com

Lisa Eddins
Case Manager to Judge Lee Rosenthal
United States District Courts
(713) 250-5517
lisa_eddins@txs.uscourts.gov

        By:   */s/ Brian T. Ku*
               Brian T. Ku